# Court of Appeals
# of the State of Georgia

ATLANTA,  July 25, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1953.  SAM DANIEL, JR. v. STATE OF GEORGIA.

Sam Daniel, Jr., an inmate, filed a mandamus petition, which the trial court dismissed on May 1, 2017.  He filed this direct appeal of the dismissal on June 20, 2017.  We lack jurisdiction for two reasons.

First, while judgments and orders granting or refusing to grant mandamus are generally directly appealable, see OCGA § 5-6-34 (a) (7), under the Prison Litigation Reform Act, any appeal in a civil case that was initiated by a prisoner must come by discretionary application.  See OCGA § 42-12-8; *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).

Second, the appeal is untimely.  A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Daniel filed his notice of appeal 50 days after the trial court's order was entered.  Accordingly, the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/25/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*